**Mary Weis COOPER, Plaintiff-Appellant,**

v.

**UNIVERSITY OF TEXAS AT DALLAS, Defendant-Appellee.**

No. 80–1412.

United States Court of Appeals, Fifth Circuit. Unit A

June 25, 1981.

Law Offices of James C. Barber, James C. Barber, Dallas, Tex., for plaintiff-appellant.

Martha H. Allan, Lonny Zwiener, Asst. Attys. Gen., Austin, Tex., for defendant-appellee.

Before BROWN, GOLDBERG and AINSWORTH, Circuit Judges.

PER CURIAM:

The trial court's decision is affirmed on the basis of the insightful and well-reasoned opinion of the district judge. *Cooper v. University of Texas at Dallas*, 482 F.Supp. 187 (N.D.Tex.1979).

AFFIRMED.